DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEROME MULLINO,**
Appellant,

v.

**VINCENT D. MAXWELL, INC.,** a Florida Corporation d/b/a **GENESIS TRANSPORTATION,** and **WELDON LEONARD CARTER,**
Appellees.

No. 4D17-0802

[March 15, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John T. Luzzo, Judge; L.T. Case No. 12-11453(09).

Jason A. Herman of Herman & Wells, P.A., Pinellas Park, for appellant.

Elizabeth K. Russo of Russo Appellate Firm, P.A., Miami, and Rudd & Diamond, P.A., Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*    \*    \*

***Not final until disposition of timely filed motion for rehearing.***